# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAY FENELLO, on behalf of himself and others similarly situated, | : :  CIVIL ACTION FILE NO. :  1:19-cv-01971-ELR |
| Plaintiff, | : |
| v. | : |
| AMERICAN WORKERS INSURANCE SERVICES, INC., | : |
| Defendant. | : |

## NOTICE OF DISMISSAL BY STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), both the plaintiff, Jay Fenello, by and through his attorney of record, and the defendant, American Workers Insurance Services, Inc., by and through its attorney of record, jointly stipulate that the above styled case shall be dismissed *with prejudice*. It is further stipulated that each party will bear its own cost of litigation.

Dated: September 18, 2019.

**Attorneys for Plaintiff:**

*/s/ Anthony I. Paronich*
Anthony I. Paronich

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*/s/ Steven H. Koval*
Steven H. Koval
Georgia Bar No. 428905
THE KOVAL FIRM, LLC
3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
Steve@KovalFirm.com

**Attorney for the Defendant:**

Oxendine Law Group, P. C.

/s/ John W. Oxendine
John W. Oxendine
4370 Peachtree Rd., N.E.
First Floor
Atlanta, GA 30319
Georgia State Bar No: 558155
Telephone: 404-734-5738
Facsimile: 404- 521-4834
JWOLAW@GMAIL.COM